**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRACY JORDAN, SR.,** | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-3651** |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **10th** day of **September 2026**, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 23 and 40), the responsive briefing thereto, and of the representations made by counsel during oral argument on these Motions, it is hereby **ORDERED**:

1. The Motion to Dismiss by the District Attorney's Office of Philadelphia and by the Estate of Edward Cameron (ECF No. 23) is **GRANTED IN PART** and **DENIED IN PART**.
2. The Motion to Dismiss by the City of Philadelphia, Dennis Dusak, James Griffin, Robert Kuhlmeier, Joseph Maum, and Robert Stott (ECF No. 40) is **GRANTED IN PART** and **DENIED IN PART**.
3. Count II (Unlawful Seizure) is **DISMISSED** with prejudice.
4. Count III (False Imprisonment) is **DISMISSED** with prejudice.
5. Count IV (Deliberate Deception) is **DISMISSED** without prejudice as to Defendants Dusak, Maum, and Kuhlmeier.
6. Count IX (Reckless Investigation) is **DISMISSED** with prejudice.
7. Count X (Failure to Intervene) is **DISMISSED** with prejudice.
8. For all other Counts, the Court **DENIES** the Motions to Dismiss.
9. Plaintiff may **AMEND** its Complaint to cure the deficiencies identified in Count IV within **30 days** of entry of this Order. Defendants shall **ANSWER** the Complaint within **30 days** of Plaintiff filing an Amended Complaint or, in the event that Plaintiff does not amend his Complaint, within **60 days** of entry of this Order. The operative deadline for filing the Answers **SHALL BE** the earlier of the two dates.

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**